# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

136927(64)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

HABIB MAMOU and V & M CORPORATION,
d/b/a ROYAL OAK WASTE PAPER AND
METAL COMPANY NO. 2,
          Plaintiffs-Appellants,

v

SC: 136927
COA: 275862
Wayne CC: 04-432424-NM

EDWARD C. CUTLIP, JR. and KERR,
RUSSELL & WEBER, P.L.C.,
          Defendants-Appellees.

_____/

On order of the Court, the motion for reconsideration of this Court's March 23, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

d0615